1   GEOFFREY A. HANSEN
    Acting Federal Public Defender
2   DANIEL P. BLANK
    Assistant Federal Public Defender
3   450 Golden Gate Avenue
    San Francisco, CA 94102
4   Telephone: (415) 436-7700

5   Counsel for Defendant PITA

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )
                                           )   No. CR 11-0745 EMC
                          Plaintiff,       )
12                                         )   STIPULATION AND [PROPOSED]
            v.                             )   ORDER CONTINUING SENTENCING
13                                         )   HEARING
    GETHSEMANE PITA,                       )
14                                         )   Honorable Edward M. Chen
                          Defendant.       )
15  _____    )

16

17

18

19

20

21

22

23

24

25

26

1    Defendant Gethsemane Pita is scheduled to next appear before the Court for sentencing on

2    February 29, 2012.  However, an unforeseen conflict has arisen to precludes undersigned counsel

3    from attending on that date.  Accordingly, the parties stipulate and jointly request that the sentencing

4    hearing be continued one week to Wednesday, March 7, 2012, at 2:30 p.m.  United States Probation

5    Officer Trevor Lilian has been consulted and does not object to this request.

6    IT IS SO STIPULATED.

7                                         MELINDA HAAG
                                         United States Attorney
8

9    DATED:     January 27, 2012        _____/s/_____
                                         BRIGID MARTIN
10                                        Assistant United States Attorney

11

12   DATED:     January 27, 2012        _____/s/_____
                                         DANIEL P. BLANK
13                                        Assistant Federal Public Defender
                                         Attorney for Gethsemane Pita
14

15   IT IS SO ORDERED.

16   DATED:     January 30, 2012

17                                        EDWARD M. CHEN

18

19

20

21

22

23

24

25

26

STIP. & PROP. ORDER                1